

*Law Offices of*
## Meir Moza & Associates

217 WILLIS AVENUE
MINEOLA, NEW YORK 11501

MEIR MOZA, ESQ.*

KEITH FUDGE, ESQ.
VITO BITETTO, ESQ.

EFRAT MOZA, LLM

HEIDI KOLENCE, J.D.
OMAR ALEM, PARALEGAL

*ADMITTED NY & NJ

TELEPHONE (516) 741-0003
(516) 280-3227
(718) 470-1206
FACSIMILE (516) 741-0033

WWW.MOZALAW.COM

March 3, 2022

*VIA FIRST CLASS MAIL*

Honorable Judge Cogan
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   SILVANO PEREZ v. 4017 Wireless INC., d/b/a TOTAL WIRELESS, et al.
      21CV6927

To the Honorable Judge Cogan:

    Our office represents the Defendant, Yarin Nadel, in connection with the above referenced matter.

    Moreover, as the court might be well aware, the Plaintiff in the above captioned matter has filed a Motion to Certify FLSA Collective Action against the Defendants. However, our office is requesting that the court provide us with a scheduling order so that we can reply to the Plaintiff's motion as we believe that it is frivolous and does not meet the criteria to proceed in a collective action against the Defendants.

    Thank you for your consideration in this matter and if there are any further questions or concerns please contact our office at any of the above listed modes of communication.

Respectfully Submitted,



**MEIR MOZA, ESQ**
*Attorney for the Defendant*