UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SILVANO PEREZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

                        Plaintiff,

-v-

4017 WIRELESS INC. d/b/a TOTAL WIRELESS,
3919 WIRELESS INC. d/b/a TOTAL WIRELESS,
NY CELL SPOT INC. d/b/a TOTAL WIRELESS,
NY MOBILAI INC. d/b/a TOTAL WIRELESS,
YARIN NADEL a/k/a JOE NADEL,
and MICHAEL NADEL,

                        Defendants.

Case No.: 1:21-cv-06927

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff SILVANO PEREZ hereby accepts and provides notice that he has accepted Defendants' offer of Judgment dated March 29, 2022, and annexed hereto as **Exhibit A**.

Dated: New York, New York
        March 29, 2022

Respectfully submitted,

LEE LITIGATION GROUP, PLLC

By: _____
C.K. Lee, Esq. (CL 4086)
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, I caused service Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendant's counsel of record in this matter:

Law Offices of Meir Moza & Associates Meir Moza, Esq.
*Attorney for Defendants*
217 Willis Avenue,
Mineola, New York 11501
Telephone: 516-741-0003
Email: mmozaesq@hotmail.com

By: _____
C.K. Lee, Esq.