UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILVANO PEREZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,<br><br>                                   Plaintiff,<br><br>-v-<br><br>4017 WIRELESS INC. d/b/a TOTAL WIRELESS, 3919 WIRELESS INC. d/b/a TOTAL WIRELESS, NY CELL SPOT INC. d/b/a TOTAL WIRELESS, NY MOBILAI INC. d/b/a TOTAL WIRELESS, YARIN NADEL a/k/a JOE NADEL, and MICHAEL NADEL,<br><br>                                   Defendants. | Case No.: 1:21-cv-06927<br><br>[~~PROPOSED~~]<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 4017 WIRELESS INC. d/b/a TOTAL WIRELESS, 3919 WIRELESS INC. d/b/a TOTAL WIRELESS, NY CELL SPOT INC. d/b/a TOTAL WIRELESS, NY MOBILAI INC. d/b/a TOTAL WIRELESS, YARIN NADEL a/k/a JOE NADEL, and MICHAEL NADEL (collectively, "Defendants"), having offered to allow Plaintiff SILVANO PEREZ ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), to resolve all of Plaintiff's claims filed in this lawsuit, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 29, 2022 and filed as Exhibit A to Docket Number 22;

**WHEREAS**, on March 29, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 22);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff SILVANO PEREZ, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated March 29, 2022 and filed as Exhibit A to Docket Number 22. The Clerk of Court is directed to close the case.

**SO ORDERED:**

Dated: March 30, 2022
Brooklyn, New York

Digitally signed by Brian M. Cogan

_____
U.S.D.J.